IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NICOLE MASON, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL NO. SA-06-CV-0180-XR |
| | § | |
| TIME WARNER CABLE INC. & | § | |
| RONALD CAVAZOS, | § | |
| | § | |
| *Defendants.* | § | |

## JOINT STIPULATION OF DISMISSAL

To the Honorable of Judge of Said Court:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Nicole Mason and Defendant Time Warner Cable, Inc. voluntarily stipulate to the dismissal of all claims asserted in the above-referenced matter. The parties further stipulate that this dismissal is with prejudice to refiling in the future.

Dated this ___ day of ~~September~~ October, 2006.

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent Street, Suite 1500
San Antonio, Texas 78205
(210) 281-7000
FAX: (210) 224-2035

Shannon B. Schmoyer
State Bar No. 17780250
Christine E. Reinhard
State Bar No. 24013389

**ATTORNEY FOR DEFENDANT
TIME WARNER CABLE INC.**

LAWRENCE L. GARCIA & ASSOCIATES, P.C.
257 E. Hildebrand Ave.
San Antonio, Texas 78212
(210) 826-6618
(210) 826-5641

Omar Cura, Jr.
State Bar No. 24035179

**ATTORNEY FOR PLAINTIFF
NICOLE MASON**